# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED
2016 MAY 19 PM 1:14
DEPUTY CLERK ___NT___

Phil Busch
Plaintiff

v.

Cps Etc AhL
Defendant

**Civil Action No.** 3-16CV1378-L

**COMPLAINT**

* Attach additional pages as needed.

Date: 5/18/2016
Signature: Phil Busch
Print Name: Phil Busch
Address: 9815 ODELLA RD Apt 1042
City, State, Zip: Dallas TX 75233
Telephone: 469-268-0618

CAUSE NO

PHIL BUSCH
PLAINTIFF

IN THE ~~UNITED STATES~~ DISTRICT COURT

Northern ~~JUDICIAL~~ DISTRICT of TEXAS

VS

~~DALLAS COUNTY COURT~~

CPS, ETC ALL
DEFENDANTS

## PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOUSURE

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, PHIL BUSCH Plaintiff and files Original Petition Complaining of Defendant CPS, etc all and and would show unto the Court as follows

### I. SELECTION OF DISCOVERY LEVEL

1. This suit is governed by discovery control panel II under Rule 190.3 The Texas Rules of Civil Procedure

II Parties Plaintiff Phil Busch is a individual who resides at 9815 Odella Rdapt 1042 Dallas Tx 75233
Defendant Mario Greco is a individual who resides at 15303,Dallas Pkwy Addison Tx 75001
Defendant T.D Jakes is a individual who reside at : 6777 W Kiest Blvd, Dallas, TX 75236
Defendant Pat Robertson is a individual who reside at 1000 Regent University Drive Virginia Beach, VA 23464
Defendant Donald Trump is a individual who resides 725 5th Ave, New York, NY 10022
Defendant Cps Tekiema Taylor, Jesicia Mcclinton, Natosha Hooks ,Adalyn Seftas who reside at 8700 n Stemmons fwy 104 Dallas tx 75247
Defendant Mellannise Henderson Love is a individual who resides at 3102 Maple Avenue, Suite 400 Dallas, Texas 75201
III Jurisdiction and Venue   This Court has continuing jurisdiction over defendants all damages are within statutory jurisdictional limit of the Court

IV FACTS

This lawsuit results from CPS caseworkers Taylor and Mcclinton, and directors Hooks and Seftas who do not meet the standards which prevents them from properly fulfilling their required duties for A         Stafford the child. They do not ensure that the child is free from unreasonable risk of harm or protecting the child while in their custody or caregivers

CPS practices and policies substantially depart from professional judgment.

CPS is aware of these risk, yet refuses to assess them on behalf of the child.

CPS does not exercise oversight of the facilities in which foster child is placed by failing to properly investigate those facilities as Taylor swore under oath in affidavit that child while in the facilities placed was slamming her head against the wall while everyone watched for 15 minutes including care givers and did nothing to prevent this nor did caregivers who sat by drinking beer. And never holds them accountable for licensing violations as child has never been taken to Doctors even while having fever and coughing for 3 weeks with several bruises on arms and legs which were done by care givers and Taylor who was fired for these matters and the new caseworker Mcclintion said you can't do nothing to me my directors Hooks ,Seftas informed parent they would never report any of this and they are free from any legal action or criminal action when told they were going to be sued Hook ,Seftas boasted how the judge in the 305th district court would get me stating don't you know we work for the government and that since the judge was of color and even stating that President Obama don't care about some cracker.

CPS does not properly track incidents of child abuse.

CPS foster homes are deficient as caregivers are using the state money they get for drugs and beer and buy the child nothing.

CPS caregivers are not properly trained or qualified

CPS does not restrict the placement of unrelated children of genders ages ,and service levels in the same home , these practices and policies , separately and combined cause an unreasonable risk of harm to child

CPS practices and policies substantially depart from professional judgment

Cps is aware of these risks yet refuses to assess or address them on behalf of the basic care of child.

CPS has caused neglect maltreatment

CPS causes unreasonable risk of harm to all basic care

Cps is aware of risk yet refuses to assess or address it

Cps practice substantially departs from professional judgment

CPS Taylor also under oath told parent who a minister of 23 years under Billy Graham mentoring that her Pastor T. D Jakes told her that he and his current Business partner Pat Robertson told her to destroy this man and to make him look like a babbling idiot for them because Pastor T.D Jakes is being sued by parent and does not want his business in media along with his partner Pat Robertson who has threatened to kill Phil Busch from former law suit.

CPS Taylor and Mcclinton have both told parent which Taylor again swore under oath that parent did not even know how to give baby bottle and sat there like a babbling idiot cracker .

CPS Taylor and lawyer Mellannise Henderson love both agreed to destroy Phil Busch chances of being parent stating Cps is made to ruin scum like Phil Busch and you're a worthless cracker .

Donald Trump and Mario Greco Ceo of Zurich Insurance who both are in a law suit against Phil Busch informed Busch it looks like your never get your little Nigger baby

Donald Trump and Greco have made it clear that they are strong supporters of the KKK and not only want to keep out Mexicans but think that this Birther which referring to President Obama who has white mother and colored dad as Phil Busch and child's mom who is of color (Trump) stated I hate Niggers to and you must be a lover of them and like the rest of white trash Texans and I hear stating (Trump) to Phil Busch your Mr. Olympia I hear you and the rest of lowlife trash

V Negligence

1. Abuse

As of Defendants acting together the following acts or omissions by all defendants has caused mental and emotional injury to the child that has resulted in an observable and material impairment in the child's growth, development, and psychological functioning which has caused the child to be in a situation in which the child sustains a mental or emotional injury that results in an observable and material impairment in the child's growth, development, or psychological functioning committed by all defendants acting together.

2. Negligence conduct by defendants

3. After the report was found to be credible with evidence of the abuse and neglect of the child by allowing the care givers appointed by cps to allow the baby to bang her head against the wall repeatedly, Cps agency which is supposed to provide the child with a safe living environment refused to make the following finding

   (a) The allegation of abuse or neglect is substantiated;

   (b) The plotting of all defendants to work together and refusal by Cps to protect the child.

4. child maltreatment by defendants

5. The physical and emotional abuse, in addition to neglect the failure of Cps and appointed caregivers by Cps to provide for the child's development when in a financial position to do so the recent act an failure to act, on by The Guidance of Donald Trump the failed millionaire and friends CEO of Zurich Insurance along with child molester T.D Jakes and Pat Robertson who guided defendants.

6. Failure by false statements were CEO of Zurich Insurance with Low Life Donald Trump using the word Nigger lover to Phil Busch .

7. Failure by deceitful conduct by T. D Jakes of Simon and Schuster and Christian Mingle friend of

President Obama stated that Phil Busch will never get his baby Jakes under investigation with Pat Robertson have admitted they have used their influence to repay parent for exposing the Tax Evasion of Billions of dollars along with Zurich Insurance Corp which is under investigation and stockholders are selling their stock as quick as they can. Conduct has been criminal using the CPS as his personal puppet

VI   Damages which has caused Phil Busch and child to suffer

Loss of income

Mental anguish in past and present

Damage to family from keeping child from wonderful parent Phil Busch of precious time loss with baby .

VII Prayer

Wherefore premise consider plaintiff respectfully request defendants all and care givers to be sited to appear and answer on final trial that plaintiff have judgment against defendants

VIII

Actual Damages , pre judgment and post judgment allowed by law cost of suit and monetary relief over $250000 but no more than $1000000 and any other relief either in law or equity to which plaintiff is entitled

VIIII   Request for disclosure pursuant rule 194 of the Texas rules of civil procedure please disclose all information identified in rule 194 2 a-l

Respectfully submitted by Phil Busch Pro se

5/13/2016

9815 ODELL RD

DALLAS TX 75237

PH 469-268-0618

JS 44-TXND (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS                                         DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff   Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   Pro Se

Attorneys *(If Known)*

RECEIVED MAY 19 2016 U.S. DISTRICT COURT

3-16CV1378-L

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:   False claims

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____