**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PHIL BUSCH, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | No. 3:16-CV-1378-L-BH |
| | ) | |
| CPS, et. al, | ) | |
|       Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order No. 3-251*, this pro so case has been automatically referred for judicial screening. On June 23, 2016, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution because the plaintiff had failed to file a notice of change of address, and an order of the Court had been returned as undeliverable as a result. (*See* doc. 8.) Later that day, the plaintiff filed a notice of change of address. (*See* doc. 9.) Accordingly, the June 23, 2016 findings, conclusions, and recommendation for dismissal are hereby **VACATED**.

      **SO ORDERED** on this 24th day of June, 2016.

 

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE